**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV12-05887 JAK (FFMx) | Date | October 18, 2012 |
|---|---|---|---|
| Title | Edwin Figueroa v. McDonalds Restaurants of CA, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On October 17, 2012, Plaintiff filed "Notice of Settlement" (Dkt. 11). The Court sets an Order to Show Cause re Dismissal for December 3, 2012 at 1:30 p.m. If the parties file a dismissal by November 28, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The October 29, 2012 Scheduling Conference is vacated.

**IT IS SO ORDERED.**

                                                                                         :
                                                        Initials of Preparer    ak